# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00878-CV

**Pinnacle Property Management Services, LLC d/b/a Cushman & Wakefield U.S., Inc., Appellant**

**v.**

**Tina L. West, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-004131, THE HONORABLE CORY LIU, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 13, 2026. On February 25, 2026, this Court sent a notice to appellant informing them that their brief was overdue and that a failure to file a satisfactory response by March 9, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

---

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed: March 24, 2026